# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORA JEAN BLACK | ) | |
|       Plaintiff | ) | CIVIL ACTION |
| v. | ) | |
| | ) | NO. 2:23-CV-241-RJC |
| UNITED OF OMAHA LIFE INSURANCE COMPANY | ) ) | |
|       Defendant | ) | |

### FRCP 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE

This matter has settled in full. Thus, on 6/6/23 both counsel hereby agree and stipulate that this matter is dismissed in full and with prejudice pursuant to FRCP 41(a)(1)(A)(ii) (court order not required). The clerk can close this case.

**POST & SCHELL, P.C.**

BY___s/ *Steven Schildt*_____
STEVEN SCHILDT, ESQ.
Attorney for defendant


**MEARS, SMITH, HOUSER & BOYLE, P.C.**

BY___s/ *Jon M. Lewis*_____
JON M. LEWIS, ESQ.
Attorney for plaintiff


                AND NOW, this 12th day of June, 2023,
                it is so ordered.

                /s/Robert J. Colville
                United States District Court